**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JERMAINE MORTON,

       Plaintiff,

v.                                  Case No. 3:23-cv-305-MMH-MCR

SELF STORAGE ZONE,

       Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 5; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on June 23, 2023.  In the Report, Judge Richardson recommends that this case be dismissed without prejudice.  <u>See</u> Report at 3. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to."  <u>See</u> Rule 72(b)(3); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1).

However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions. <u>See</u> 11th Cir. R. 3-1.[1] As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice. <u>See</u> <u>id.</u>; <u>see</u> <u>also</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a <u>de</u> <u>novo</u> or any other standard, when neither party objects to those findings."); <u>Dupree v. Warden</u>, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so.  <u>See</u> Report at 1 n.1.

2. This case is **DISMISSED without prejudice**.

3. The Clerk of Court is directed to enter judgment dismissing this case without prejudice, terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of July, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party

-3-